# United States District Court

United States District Court
Southern District of Texas
FILED
FEB 28 2000
MICHAEL N. MILBY CLERK

SOUTHERN DISTRICT OF TEXAS

CLIFTON RAY CHOYCE
~~UNITED STATES OF AMERICA~~
V.
GARY L. JOHNSON

**APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER**

CASE NUMBER: C 00 086

---

I, __CLIFTON RAY CHOYCE #380334__, declare that I am the (check appropriate box)

[X] petitioner/~~plaintiff~~       [ ] movant (filing 28 U.S.C. 2255 motion)

[ ] respondent/defendant       [ ] _____ other

in the above-entitled proceeding; that, in support of my request to proceed without being required to prepay fees, cost or give security therefor, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to relief. The nature of my action, defense, or other proceeding or the issues I intend to present on appeal are briefly stated as follows: I BELIEVE I AM ENTITLED TO REDRESS.

In further support of this application, I answer the following questions.

1. Are you presently employed?                                   Yes [ ]   No [X]
    a. If the answer is "yes," state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

    b. If the answer is "no," state the date of last employment and the amount of the salary and wages per month which you received. I WAS LAST EMPLOYED IN MAY OF 1984 INWHICH I RECEIVED ABOUT $260 A WEEK.; ABOUT $1040 PRE MONTH.

2. Have you received within the past twelve months any money from any of the following sources?
    a. Business, profession or other form of self-employment        Yes [ ]   No [X]
    b. Rent payments, interest or dividends?                         Yes [ ]   No [X]
    c. Pensions, annuities or life insurance payments?               Yes [ ]   No [X]
    d. Gifts or inheritances?                                        Yes [ ]   No [X]
    e. Any other sources?                                            Yes [X]   No [ ]

If the answer to any of the above is "yes," describe each source of money and state the amount received from each during the past twelve months. I RECEIVED ABOUT $80 FROM A FRIEND IN THE PAST TWELVE MONTHS.

3. Do you own any cash, or do you have money in checking or savings accounts?

Yes ☐    No ☒   (Include any funds in prison accounts.)

If the answer is "yes," state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?

Yes ☐    No ☒

If the answer is "yes," describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

NONE

I declare under penalty of perjury that the foregoing is true and correct.

Executed on FEBRUARY 22, 2000          _Clifton Choyce_
              (Date)                      Signature of Applicant

## CERTIFICATE
(Prisoner Accounts Only)

I certify that the applicant named herein has the sum of $ _____ on account to his credit at the _____ institution where he is confined. I further certify that the applicant likewise has the following securities to his credit according to the records of said institution: _____

_____

[fur]ther certify that during the last six months the applicant's average balance was $ _____

Authorized Officer of Institution

## ORDER OF COURT

The application is hereby denied

The application is hereby granted. Let the applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

United States Judge    Date          United States Judge         Date
                                      or Magistrate

```
CSINIB02/CINIB02      TEXAS DEPARTMENT OF CRIMINAL JUSTICE           02/22/00
ML18/SEN9611              IN-FORMA-PAUPERIS DATA                     11:49:51
TDCJ#: 00380334 SID#: 02474654 LOCATION: MCCONNELL     INDIGENT DTE: 12/08/99
NAME: CHOYCE,CLIFTON RAY                    BEGINNING PERIOD: 08/01/99
PREVIOUS TDCJ NUMBERS: 00302890
CURRENT BAL:          14.00 TOT HOLD AMT:         14.00 3MTH TOT DEP:    20.00
6MTH DEP:             53.15 6MTH AVG BAL:          9.34 6MTH AVG DEP:     8.86
MONTH HIGHEST BALANCE TOTAL DEPOSITS       MONTH HIGHEST BALANCE TOTAL DEPOSITS
01/00       14.00             0.00         10/99       15.03            15.00
12/99       23.03             0.00         09/99        1.08             0.00
11/99       26.00            20.00         08/99       24.27            18.15
PROCESS DATE   HOLD AMOUNT      HOLD DESCRIPTION
10/29/99          3.00          PLRA/S/#C97-334
10/29/99          3.00          PLRA/S/#C97-334APP
12/01/99          4.00          PLRA/S/#C97CV334
12/01/99          4.00          PLRA/S/#C97CV334APP

STATE OF TEXAS COUNTY OF _Bee_
ON THIS THE _22nd_ DAY OF _Feb_, 2000 I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _____ OR SID NUMBER: _____
```

JULIA Z. LOPEZ
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 09-13-2002