IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CLIFTON CHOYCE | § § | |
| V. | § § | C.A. NO. 00-86 |
| GARY L. JOHNSON | § | |

United States District Court
Southern District of Texas
ENTERED

MAR 2 2 2000

Michael N. Milby, Clerk of Court

## ORDER DENYING MOTION TO PROCEED IN FORMA PAUPERIS

On February 28, 2000, petitioner filed a motion to proceed in forma pauperis (D.E. 2) in the above-styled action. Petitioner's inmate trust account statement reveals that petitioner's average balance over the past 6 months have been $9.34. The Court therefore finds that petitioner is capable of paying the filing fee. Accordingly, the Court DENIES petitioner's motion. Petitioner is ORDERED to pay the filing fee of $5.00 within 30 days of the date of this order.

ORDERED this 21 day of March, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE

1