```
IN THE UNITED STATES DISTRICT COURT
   FOR THE SOUTHERN DISTRICT OF TEXAS
          CORPUS CHRISTI DIVISION
```

United States District Court
Southern District of Texas
FILED

APR 2 4 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| CLIFTON CHOYCE,<br>    PETITIONER,<br><br>V.<br><br>GARY JOHNSON,<br>    RESPONDENT. | §<br>§<br>§<br>§   C.A. NO. 00-86<br>§<br>§<br>§<br>§ |

### PETITIONER CHOYCE'S ADVISORY TO THE COURT

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Clifton Choyce, the petitioner, by and through himself, who submit the following Advisory to the Court. In support thereof, Petitioner offer the following:

I.

On February 28, 2000, the Petitioner filed his Federal Habeas Corpus, and the matter were referred to this honorable Court on March 19, 2000.

On March 22, 2000, this Court filed its Order Denying Petitioner's Motion to Proceed in Forma Pauperis, in which the Petitioner were given **30 days** to pay the **$5.00** filing fee.

Due to insufficient funds, Petitioner are unable to pay the filing fee. **See Attached Six Months Print-Out Sheet.** Therefore, Petitioner requests that he be permitted to file his Petition in forma pauperis, at least until funds become available to the Petitioner.

6.

## II.

## **PRAYER**

WHEREFORE, PREMISES CONSIDERED, Petitioner pray that the Court grant him permission to proceed in forma pauperis.

Respectfully submitted,

*Clifton Choyce*

CLIFTON CHOYCE #380334
3001 S. Emily Dr
Beeville, Texas 78102

2