United States District Court
Southern District of Texas
ENTERED
APR 26 2000
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CLIFTON RAY CHOYCE | § | |
| | § | |
| V. | § | C.A. NO. C-00-86 |
| | § | |
| GARY L. JOHNSON | § | |

## ORDER TO SHOW CAUSE

On March 21, 2000, petitioner's application to proceed *in forma pauperis* was denied and he was ordered to pay the required filing fee of $5.00 within 30 days (D.E. 5). To date, petitioner has not paid the filing fee.

Petitioner is ordered to show cause why his claims should not be dismissed for want of prosecution. Petitioner is advised that, to proceed with this suit, he must pay the filing fee of $5.00. Failure to comply within twenty (20) days from the date of this order may result in dismissal of this action.

ORDERED this _24_ day of _April_, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE

1