IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CLIFTON CHOYCE | § | |
| | § | Civil Action No. 00-86 |
| v. | § | |
| | § | |
| GARY JOHNSON | § | |

## *IN FORMA PAUPERIS* DEFICIENCY ORDER

On February 28, 2000, petitioner filed an application for a writ of habeas corpus (D.E. 1) and a motion to proceed *in forma pauperis* (D.E. 2). On March 21, 2000, this Court denied plaintiff's motion to proceed *in forma pauperis,* and ordered him to pay the full filing fee ($5.00) within 30 days (D.E.5). Petitioner responded in his Advisory to the Court (D.E. 6) that he is currently unable to pay the fee.

Accordingly, the Court will consider petitioner's application to proceed *in forma pauperis* when it is completed. To complete his application, plaintiff must file with the Court a copy of the data sheet concerning his trust fund information certified by the appropriate institutional officer within 30 days. This data sheet can be obtained from a prison official in the prison law library. Failure to file the trust fund information sheet within 30 days may result in dismissal of the petition.

**ORDERED** this 3 day of May, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE