IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAY 12 2000

MICHAEL N. MILBY CLERK

| | | |
|---|---|---|
| CLIFTON RAY CHOYCE | § | |
| | § | |
| V. | § | C.A. NO-00-86 |
| | § | |
| GARY L. JOHNSON | § | |

**PETITIONER'S RESPONSE TO THE COURT'S ORDER
TO SHOW CAUSE**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Clifton Ray Choyce, the Petitioner, by and through himself, and files this Response to the Court's Order to show cause. In support thereof, Petitioner offer the following:

I.

On March 21, 2000, Petitioner's Application to proceed in forma pauperis was denied and Petitioner was ordered to pay the required filing fee of $5.00 within 30 day. The Petitioner was not able to pay the filing fee due to insufficient funds.

Then, on April 24, 2000, the Court filed its Order to Show Cause, in which Petitioner was ordered to show cause why this Court should not dismiss his Habeas Corpus for want of prosecution.

Petitioner do not all togather understand the Court's order. As advised in his Application to proceed in forma pauperis, Petitioner only receives money from a friend whenever she are able to give; Petitioner do not have the $5.00 in his prison account, though he is making attempt. **See the Attached**

**Documents.** Further, The filing fee provisions of the PLRA do not apply to habeas corpus petitions. See **Carson v. Johnson,** 112 F3.d 818 (5th. Cir. 1997). Thus, indigent prisoners need not pay the filing fee when filing a habeas corpus petition in feberal court. **Anderson v. Singletary,** 111 F.3d 801 (11th Cir. 1997). Therefore, since the Petitioner has, and are making an good faith effort to pay the $5.00 filing fee, he should be permitted to proceed with his claims.

## PRAYER

**WHEREFORE,** Petitioner pray that the Court permits him to proceed with his claims.

Respectfully submitted,

*Clifton Choyce*
Clifton Choyce #380334
**3001 S. Emily Dr**
Beeville, Texas 78102

2

```
C5INIB02/CINIB02     TEXAS DEPARTMENT OF CRIMINAL JUSTICE          05/09/00
ML16/SEN9611              IN-FORMA-PAUPERIS DATA                   15:47:28
TDCJ#: 00380334 SID#: 02474654 LOCATION: MCCONNELL     INDIGENT DTE: 04/18/00
NAME: CHOYCE,CLIFTON RAY              BEGINNING PERIOD: 11/01/99
PREVIOUS TDCJ NUMBERS: 00302890
CURRENT BAL:       0.03 TOT HOLD AMT:         0.00 3MTH TOT DEP:       20.99
6MTH DEP:         40.99 6MTH AVG BAL:         9.93 6MTH AVG DEP:        6.83
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
04/00    18.01        20.33            01/00    14.00         0.00
03/00     9.57         0.66            12/99    23.03         0.00
02/00    14.00         0.00            11/99    26.00        20.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
12/01/99         4.00         PLRA/S/#C97CV334
12/01/99         4.00         PLRA/S/#C97CV334APP
```

STATE OF TEXAS, COUNTY OF **BEE**
ON THIS THE **9th** DAY OF **May**, **00**, I CERTIFY THAT THIS DOCUMENT IS A TRUE, COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG: _[signature]_
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER. _____ OR SID NUMBER: _____



SABAS ENCINIA JR.
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 11-25-2001