IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
MAY 22 2000
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| CLIFTON RAY CHOYCE | § | |
| | § | |
| V. | § | C.A. NO. 00-86 |
| | § | |
| GARY L. JOHNSON | § | |

### ORDER GRANTING PETITIONER'S MOTION TO PROCEED IN FORMA PAUPERIS

Petitioner has filed a motion to proceed *in forma pauperis* (D.E. 2). The Court finds that petitioner is indigent. Accordingly, the motion is granted.

ORDERED this _19_ day of _May_, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE