IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

JUN - 1 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| CLIFTON RAY CHOYCE | § | |
| | § | |
| V. | § | C.A. NO. 00-86 |
| | § | |
| GARY L. JOHNSON | § | |
| | § | |

**PETITIONER'S AMENDED PETITION**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Petitioner Clifton Ray Choyce, by and through himself, who moves to amend his Petition adding a ground of error. In support thereof, Petitioner Aamend the following:

**GROUND FOUR:** DIRECTOR JOHNSON VIOLATED TEXAS DEPARTMENT OF CRIMINAL JUSTICE'S DISCIPLINARY RULES AND PROCEDURES WHEN HE ELECTED TO RE-TRY THE PETITIONER ON THE 1995 RIOT INFRACTION:

An inmate who successfully appealed his disciplinary conviction may be re-served with notice of a rehearing if at the initial hearing the inmate was served with notice of charges on a timely basis. But Petitioner was not served with notice of charges on a timely basis, so a rehearing may not be conducted on an overturned conviction for which an inmate did not receive notice of charges of the initial hearing.

**Wherefore**, petitioner prays that the Court grant him the relief to which he may be entitled.

Respectfully submitted,

12.

*Clifton Choyce*
Clifton Ray Choyce
ID #380334
3001 S. Emily Dr.
Beeville, Texas 78102

2