United States District Court
Southern District of Texas
FILED

JUN 19 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CLIFTON RAY CHOYCE | § | |
| V. | § | C.A. NO. 00-86 |
| GARY L. JOHNSON | § | |

**MOTION FOR LEAVE TO FILE AN AMENDED PETITION**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, Petitioner Clifton Ray Choyce, by and through himself, requests leave to file an amended petition adding a ground of error. In support thereof, Petitioner would amend the following:

**GROUND FOUR:** <u>DIRECTOR JOHNSON VIOLATED TEXAS DEPARTMENT OF CRIMINAL JUSTICE'S DISCIPLINARY RULES AND PROCEDURES WHEN HE ELECTED TO RE-TRY THE PETITIONER ON THE 1995 RIOT INFFRACTION.</u>

An inmate who successfully appealed his disciplinary conviction may be re-served with notice of a rehearing if at the initial hearing the inmate was served with notice of charges on a timely basis. But Petitioner was not served with notice of charges on a timely basis, so a rehearing may not be conducted on an overturned conviction for which an inmate did not receive notice of charges of the initial hearing. Petitioner had no knowledge of this at the time he filed his original petition. This is not to delay progress of this case and the director will not be prejudiced since a cope of this motion will be served upon him.

The Court should grant leave freely to amend a petition.

**FOMAN V. DAVIS**, 371 U.S. 178, 182, 83 S.Ct. 227 (1962).

**WHEREFORE**, Petitioner prays that the court grant this motion to amend.

Respectfully submitted,

*Clifton Choyce*

## CERTIFICATE OF SERVICE

I, Clifton R. Choyce, Petitioner, do hereby certify that a true and correct copy of the above and foregoing **Motion For Leave To File An Amended Petition** has been served by placing in the United States Mail, on this 14th day of June, 2000, addressed to:

Andy Taylor
Attorney General of Texas
P.O. Box 12548, Capitol Station
Austin, Texas 78711

*Clifton Choyce*
Clifton Ray Choyce
ID #380334
3001 S. Emily DR
Beeville, Texas 78102