# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 2 6 2000

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| CLIFTON RAY CHOYCE | § | |
| | § | 14. |
| V. | § | C.A. NO. C-00-86 |
| | § | |
| GARY L. JOHNSON | § | |

## ORDER GRANTING MOTION FOR LEAVE TO FILE AMENDED PETITION

Plaintiff's motion for leave to file an amended petition (D.E. 13) is **GRANTED.**

ORDERED this _23_ day of ___June___, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE