United States District Court
Southern District of Texas
FILED

AUG - 2 2000

Michael N. Milby, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CLIFTON RAY CHOYCE, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | Civil Action No. C-00-86 |
| | § | |
| GARY L. JOHNSON, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, | § | |
| INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

**RESPONDENT JOHNSON'S FIRST MOTION FOR EXTENSION OF TIME
WITH BRIEF IN SUPPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES respondent Gary L. Johnson, Director of the Texas Department of Criminal Justice, Institutional Division, ("the Director"), by and through the Attorney General of Texas, and files this First Motion for Extension of Time with Brief in Support. In support thereof, the Director would respectfully show the court as follows:

**I.**

This is a habeas corpus case brought by a Texas state prisoner under 28 U.S.C. §§ 2241, 2254. By order of this court entered May 22, 2000, the Director was required to file a responsive pleading within sixty days of service. The Director was served on May 30, 2000, giving the Director until July 29, 2000, to file a response.[1] FED. R. CIV. P. 6 (a). Therefore, the instant motion is timely filed.

**II.**

The petitioner, Clifton Ray Choyce, ("Choyce"), has filed a petition challenging his disciplinary hearing #990118440. Fed. Writ Petition at 5. While the Director has ordered and

---

[1] Because this date falls on a Saturday, the Director has until the following Monday to file a response. FED. R. CIV. P. 6 (a).

received the grievances and hearing tape, the undersigned has yet to receive the hearing report or hearing record. Therefore, additional time is necessary.

Accordingly, the Director respectfully requests a thirty day extension in which the undersigned attorney can receive and review Choyce's hearing report and hearing record; review the grievances and tape; coordinate her duty in this case with other matters due within that time period; and draft an appropriate response to Choyce's federal habeas claims.

## III.

WHEREFORE, PREMISES CONSIDERED, the Director respectfully moves this court for an extension of time of thirty days from July 29, 2000, up to and including August 28, 2000, within which to file a responsive pleading to this petition for federal writ of habeas corpus.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

MICHAEL T. McCAUL
Deputy Attorney General
  for Criminal Justice

ROSS RAYBURN
Assistant Attorney General
Chief, Habeas Corpus Division

*Attorney in Charge

DENISE A. VILLARREAL*
Assistant Attorney General
State Bar No. 24008212
Southern D. No. 25314

2

P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 936-1400
(512) 936-1280 (Fax)

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF CONFERENCE

I, Denise A. Villarreal, Assistant Attorney General of Texas, do hereby certify that a conference is not possible because petitioner is incarcerated and is proceeding *pro se* in this cause. Respondent assumes that petitioner opposes this pleading.

_____
DENISE A. VILLARREAL
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, Denise A. Villarreal, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Respondent Johnson's First Motion for Extension of Time with Brief in Support has been served by placing same in the United States mail, postage prepaid, on this the 31st day of July, 2000, addressed to:

Clifton Ray Choyce
TDCJ-ID No. 380334
McConnell Unit
3001 S. Emily Dr.
Beeville, TX 78102

_____
DENISE A. VILLARREAL
Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CLIFTON RAY CHOYCE, | § | |
|     Petitioner, | § | |
| | § | |
| V. | § | Civil Action No. C-00-86 |
| | § | |
| GARY L. JOHNSON, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, | § | |
| INSTITUTIONAL DIVISION, | § | |
|     Respondent. | § | |

## ORDER TO EXTEND TIME

CAME ON TO BE HEARD Respondent Johnson's First Motion for Extension of Time with Brief in Support, and this court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is hereby ORDERED that Respondent Johnson's First Motion for Extension of Time be GRANTED, and that the Respondent's time for filing a response to the habeas petition is hereby extended for a period of thirty days, up to and including August 28, 2000.

It is so ORDERED.

SIGNED on this the _____ day of _____, 2000.

_____
JUDGE PRESIDING