United States District Cot
Southern District of Tex
FILED
AUG 29 2000
MICHAEL N. MILBY, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CLIFTON RAY CHOYCE, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | Civil Action No. C-00-86 |
| | § | |
| GARY L. JOHNSON, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF | § | |
| CRIMINAL JUSTICE, | § | |
| INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

**RESPONDENT JOHNSON'S SECOND MOTION FOR EXTENSION OF TIME
WITH BRIEF IN SUPPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES respondent Gary L. Johnson, Director of the Texas Department of Criminal Justice, Institutional Division, ("the Director"), by and through the Attorney General of Texas, and files this Second Motion for Extension of Time with Brief in Support. In support thereof, the Director would respectfully show the court as follows:

**I.**

This is a habeas corpus case brought by a Texas state prisoner under 28 U.S.C. §§ 2241, 2254. By order of this court entered May 22, 2000, the Director was required to file a responsive pleading within sixty days of service. The Director was served on May 30, 2000, giving the Director until July 29, 2000, to file a response.[1] FED. R. CIV. P. 6 (a). The Director timely filed a motion for extension of time, which was granted by this court on August 7, 2000, giving the Director until August 28, 2000, to file a response. [Docket Entry #16] Therefore, the instant motion is timely filed.

---

[1] Because this date falls on a Saturday, the Director has until the following Monday to file a response. FED. R. CIV. P. 6 (a).

II.

The petitioner, Clifton Ray Choyce, ("Choyce"), has filed a petition challenging his disciplinary hearing #990118440. Fed. Writ Petition at 5. In the previous motion for extension of time, the undersigned informed the court that she had not received a copy of the hearing record and report for Choyce's rehearing. However, the reason that no hearing report or record was not sent to the undersigned seems to be because TDCJ had already sent to the Director what appears to be the original hearing record and report in December of 1998, which was at the conclusion of Choyce's prior federal writ of habeas corpus. As a result, the hearing report for the hearing in question was sent to the warehouse for storage. Therefore, since the undersigned just discovered this fact today, she has not had an opportunity to review the hearing report and determine an appropriate response to Choyce's present allegations. Therefore, additional time is necessary.

Accordingly, the Director respectfully requests a thirty day extension in which the undersigned attorney can review Choyce's hearing report and hearing record; review the grievances and tape; coordinate her duty in this case with other matters due within that time period; and draft an appropriate response to Choyce's federal habeas claims.

III.

WHEREFORE, PREMISES CONSIDERED, the Director respectfully moves this court for an extension of time of thirty days from August 28, 2000, up to and including September 27, 2000, within which to file a responsive pleading to this petition for federal writ of habeas corpus.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

2

MICHAEL T. McCAUL
Deputy Attorney General
 for Criminal Justice

ROSS RAYBURN
Assistant Attorney General
Chief, Habeas Corpus Division

*(signature)*

DENISE A. VILLARREAL*
Assistant Attorney General
State Bar No. 24008212
Southern D. No. 25314

*Attorney in Charge

P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 936-1400
(512) 936-1280 (Fax)

ATTORNEYS FOR RESPONDENT

## CERTIFICATE OF CONFERENCE

I, Denise A. Villarreal, Assistant Attorney General of Texas, do hereby certify that a conference is not possible because petitioner is incarcerated and is proceeding *pro se* in this cause. Respondent assumes that petitioner opposes this pleading.

*(signature)*

DENISE A. VILLARREAL
Assistant Attorney General

3

## CERTIFICATE OF SERVICE

I, Denise A. Villarreal, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Respondent Johnson's Second Motion for Extension of Time with Brief in Support has been served by placing same in the United States mail, postage prepaid, on this the 28th day of August, 2000, addressed to:

Clifton Ray Choyce
TDCJ-ID No. 380334
McConnell Unit
3001 S. Emily Dr.
Beeville, TX 78102

_____
DENISE A. VILLARREAL
Assistant Attorney General

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| *CLIFTON RAY CHOYCE,* | § | |
| Petitioner, | § | |
| | § | |
| *V.* | § | Civil Action No. C-00-86 |
| | § | |
| *GARY L. JOHNSON, DIRECTOR,* | § | |
| *TEXAS DEPARTMENT OF* | § | |
| *CRIMINAL JUSTICE,* | § | |
| *INSTITUTIONAL DIVISION,* | § | |
| Respondent. | § | |

## ORDER TO EXTEND TIME

CAME ON TO BE HEARD Respondent Johnson's Second Motion for Extension of Time with Brief in Support, and this court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is hereby ORDERED that Respondent Johnson's Second Motion for Extension of Time be GRANTED, and that the Respondent's time for filing a response to the habeas petition is hereby extended for a period of thirty days, up to and including September 27, 2000.

It is so ORDERED.

SIGNED on this the _____ day of _____, 2000.


_____

JUDGE PRESIDING