IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

OCT 19 2000

Michael N. Milby, Clerk

| | |
|---|---|
| CLIFTON RAY CHOYCE, § § Petitioner, § § v. § § GARY L. JOHNSON, DIRECTOR § TEXAS DEPARTMENT OF § CRIMINAL JUSTICE, § INSTITUTIONAL DIVISION, § Respondent. § | Civil Action No. C-00-86 |

**PETITIONER'S FIRST MOTION FOR EXTENSION OF TIME
WITH BRIEF IN SUPPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOWS COMES Petitioner Clifton Ray Choyce, by and through himself, and files this First Motion for Extension of Time with Brief in Support. In support thereof, the Petitioner would respectfully show the court as follows:

**I.**

This is a habeas corpus case brought by a Texas state prisoner under 28 U.S.C §§ 2241, 2254. By order of this Court entered May 22, 2000, the Director was required to file a responsive pleading within sixty days of service. After being granted two extension of time, the Director filed its motion for summary judgment on September 15, 2000.

By way of this Court's May 22, 2000 Order, the Petitioner have thirty (30) days to file any respond to any motion filed by Respondent Johnson. Petitioner's respond is due October 15, 2000.

**II.**

The Petitioner had been away from the Prison Unit on medical, and did not receive the Director's Motion for Summary Judgment and

20

his personal mail until October 12, 2000, while still in transit at the Darrington Unit, and when Petitioner made it back to his assigned Prison Unit it was October 13, 2000. Petitioner have not had adequate time to file a proper respond to the Respondent's Motion for Summary Judgment, therefore, additional time is necessary.

Accordingly, the Petitioner respectfully requests a fifteen day extension in which he can review the records and the Respondent's motion; and draft an appropriate response to Respondent Johnson's Motion for Summary Judgment.

### III.

**WHEREFORE, PREMISES CONSIDERED,** the Petitioner respectfully moves this Court for an extension of time of fifteen days from October 15, 2000, up to and including October 30, 2000, within which to file a responsive pleading to the Respondent's Motion for Summary Judgment.

Respectfully submitted,

*Clifton Choyce*
Clifton Ray Choyce
ID #380334
3001 S. Emily Dr.
Beeville, Texas 78102

2.

## CERTIFICATE OF SERVICE

I, Clifton Ray Choyce, the Petitioner, do hereby certify that a true and correct copy of the above and foregoing Petitioner's First Motion for Extension of Time with Brief in Support has been served by placing same in the United States mail, on this the 14th day of October, 2000, addressed to:

Denise A. Villarreal

Assistant Attorney General
P.O. BOX 12548
Austin, Texas 78711-2558

*Clifton Choyce*
Petitioner Pro-se

3.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

CLIFTON RAY CHOYCE,  §
    Petitioner,  §
      §
v.  §    Civil Action No. C-00-86
      §
GARY L. JOHNSON, DIRECTOR  §
TEXAS DEPARTMENT OF  §
CRIMINAL JUSTICE,  §
INSTITUTIONAL DIVISION,  §
    Respondent.  §

## ORDER TO EXTEND TIME

CAME on to be heard Petitioner's First Motion for Extension of Time with Brief in Support, and this court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is hereby ORDERED that Petitioner's First Motion for Extension of Time be GRANTED, and that the Petitioner's time for filing a response to the Respondent's Motion for Summary Judgment is hereby extended for a period of fifteen days, up to and including October 30, 2000.

It is so ORDERED.

SIGNED on this the _____ day of _____, 2000.

_____
JUDGE PRESIDING