United States District Court
Southern District of Texas
ENTERED

OCT 23 2000

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CLIFTON RAY CHOYCE, | § | |
| | § | |
| v.s. | § | CIVIL ACTION NO. C-00-86 |
| | § | |
| GARY JOHNSON | § | |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME

Plaintiff's motion for a fifteen day extension of time to file his response to the motion for summary judgment (D.E. 20) is **GRANTED**. Plaintiff's compliance is due on or before **October 31, 2000.**

ORDERED this 20 day of October, 2000.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE