IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 1 4 2001

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| CLIFTON RAY CHOYCE, | § § § | |
| v. | § | CIVIL ACTION NO. C-00-86 |
| GARY L. JOHNSON, Director, TDCJ-ID, | § § § | |

## ORDER DENYING RESPONDENT JOHNSON'S MOTION FOR SUMMARY JUDGMENT

On February 27, 2001, the Magistrate Judge filed her Memorandum and Recommendation recommending that Respondent's motion for summary judgment be denied. After ample opportunity, no objections have been filed by either party. This Court regards such omission as each party's agreement with and acceptance of the Magistrate's findings of fact and conclusions of law. Having reviewed the pleadings on file, this Court finds no clear error in the Magistrate Judge's Memorandum and Recommendation. *Douglas v. United Services Automobile Association*, 79 F.3d 1415, 1420 (5th Cir. 1996). This Court adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, Respondent Johnson's Motion for Summary Judgment [D.E. 19-1] is denied.

ORDERED this _13_ day of _March_, 2001.

H.W. HEAD, JR.
UNITED STATES DISTRICT JUDGE