IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CLIFTON RAY CHOYCE, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. C-00-86 |
| | § | |
| GARY L. JOHNSON, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

**RESPONDENT JOHNSON'S MOTION TO ALTER OR AMEND
THE JUDGMENT WITH BRIEF IN SUPPORT**

THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Respondent Gary L. Johnson, Director, Texas Department of Criminal Justice, Institutional Division, ("the Director"), by and through his attorney, the Attorney General of Texas, and files this Motion to Alter or Amend the Judgment with Brief in Support.

**I.**

The Director received the Magistrate Judge's Memorandum and Recommendation on March 6, 2001. Exhibit A (copy of date-stamped envelope). The Director was allowed to file objections on or before ten days from the date of service, which gave the Director until March 20, 2001, to file a response.[1] FED. R. CIV. P. 6(a). However, in the interim this court entered an Order Denying Respondent Johnson's Motion for Summary Judgment on March 14, 2001. [Docket Entry #24] The Director is hereby filing a Motion to Alter or Amend the Judgment pursuant to Rule 59(e) of the Federal Rules of Civil Procedure because the Order Denying Respondent Johnson's Motion for Summary Judgment was issued prior to the Director's time to file objections had terminated. As a result, this court did not take into consideration the Director's objections in making its determination

---

[1] Intermediate Saturdays, Sundays, and legal holidays are excluded when the time allowed for a response is less than eleven days, thus, objections were to be filed on or before March 20, 2001. FED. R. CIV. P. 6(a).



to adopt the Magistrate Judge's recommendation to deny Respondent's Motion for Summary Judgment.

## II.

WHEREFORE, PREMISES CONSIDERED, the Director moves this court to alter or amend the judgement pursuant to FED. R. CIV. P. 59(e) to take into consideration Respondent Johnson's Objections to the Memorandum and Recommendation and to grant Respondent Johnson's Motion for Summary Judgment.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

MICHAEL T. McCAUL
Deputy Attorney General
For Criminal Justice

ROSS RAYBURN
Assistant Attorney General
Chief, Habeas Corpus Division

*Attorney in Charge

_____
DENISE A. VILLARREAL
Assistant Attorney General*
State Bar No. 24008212
Southern Dist. No. 25,314

P. O. Box 12548, Capitol Station
Austin, Texas 78711
(512) 936-1400
(512) 936-1280 (FAX)

ATTORNEYS FOR RESPONDENT

2

## NOTICE OF SUBMISSION

To: Clifton Ray Choyce, petitioner, you are hereby notified that the undersigned attorney will bring the foregoing motion before the court as soon as the business of the court will permit.

_____
DENISE A. VILLARREAL
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, Denise A. Villarreal, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Motion to Alter or Amend the Judgment with Brief in Support has been served by placing same in the United States Mail, postage prepaid, on this the 19th day of March, 2001, addressed to:

Clifton Ray Choyce
TDCJ-ID No. 380334
McConnell Unit
3001 S. Emily Dr.
Beeville, TX 78102

_____
DENISE A. VILLARREAL
Assistant Attorney General

3

# EXHIBIT A

ClibPDF - www.fastio.com



IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| *CLIFTON RAY CHOYCE,* | § | |
| Petitioner, | § | |
| | § | |
| *V.* | § | CIVIL ACTION NO. C-00-86 |
| | § | |
| *GARY L. JOHNSON, DIRECTOR,* | § | |
| *TEXAS DEPARTMENT OF CRIMINAL* | § | |
| *JUSTICE, INSTITUTIONAL DIVISION,* | § | |
| Respondent. | § | |

## ORDER

Be it remembered that on this day came to be considered Respondent Johnson's Motion to Alter or Amend the Judgment, and the court after considered the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is hereby ORDERED, ADJUDGED and DECREED that said motion be, and it is hereby GRANTED.

SIGNED on this the _____ day of _____, 2001.

_____
JUDGE PRESIDING

ClibPDF - www.fastio.com