

OFFICE OF THE ATTORNEY GENERAL · STATE OF TEXAS
JOHN CORNYN

March 19, 2001

**By Overnight Delivery**

The Honorable Michael Milby, Clerk
United States District Court
Southern District of Texas
Corpus Christi Division
1133 North Shoreline Blvd.
Corpus Christi, Texas 78401

    Re:   *Clifton Ray Choyce v. Gary L. Johnson*
           Civil Action No. C-00-86

Dear Mr. Milby:

    Enclosed please find a copy of Inmate Disciplinary Hearing Tape Case #199901184400 held on December 21, 1998 regarding Clifton Ray Choyce in the above-referenced cause.

    Please indicate the date of filing on the enclosed copy of this letter and return it to me in the enclosed postpaid addressed envelope.

    Thank you for your kind assistance in this matter.

Sincerely,

*Denise Villarreal*/meg

DENISE A. VILLARREAL
Assistant Attorney General

DAV:meg
Enclosures

c:    File

# **AFFIDAVIT**

THE STATE OF TEXAS

COUNTY OF BEE

      BEFORE ME, the undersigned authority, personally appeared Thomas J. Prasifka, who being duly sworn by me, deposed as follows:

      "My name is Thomas J. Prasifka. I am of sound mind, capable of making this Affidavit and personally acquainted with the facts herein stated.

      "I am the Warden II for the William G. McConnell Unit of the Texas Department of Criminal Justice Institutional Division, and my office is located in Beeville, Texas. I do hereby certify that I am a custodian of Unit Records maintained in the regular course of business. Attached hereto is a complete copy of Inmate Disciplinary Hearing Tape Case # 199901184400 held on December 21, 1998 regarding Offender Clifton Ray Choyce, TDCJ-ID #380334 and hereby certify that the attached copies are true, complete and correct copies now on file in my office and in my custody. I further certify that the pages attached hereto are maintained in the usual and regular course of business of the McConnell Unit, of the Texas Department of Criminal Justice - Institutional Division.

_____
Affiant

SWORN TO AND SUBSCRIBED before me on the 27th day of June, 2000

My Commission Expires:

_____

_____(Printed Name)
NOTARY PUBLIC in and for
the State of Texas



JO ANN PIEHL
NOTARY PUBLIC
STATE OF TEXAS
My Commission Expires 09-18-2001