United States District Court
Southern District of Texas
ENTERED

MAR 27 2001

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CLIFTON RAY CHOYCE | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. C-00-86 |
| | § | |
| GARY L. JOHNSON, Director, TDCJ-ID | § | |

## ORDER SETTING EVIDENTIARY HEARING AND APPOINTING COUNSEL

On March 14, 2001, respondent's motion for summary judgment was denied (D.E. 24). An evidentiary hearing is necessary to resolve petitioner's claim that his due process rights were violated during a disciplinary hearing. Accordingly, an evidentiary hearing is scheduled for **Tuesday, April 24, 2001 at 2:00 p.m.**.

Petitioner is entitled to be represented by counsel. Rule 8(c), Rules Governing Section 2254 Cases. **Paul Kratzic (361-883-3563)** is appointed to represent petitioner.

ORDERED this _26_ day of _March_, 2001.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE