CJA 20 (Rev 4/96)

# APPOINTMENT OF AND AUTHORITY TO PAY COURT APPOINTED COUNSEL

| 1. JURISDICTION  1 ☐ MAG.  2 ☒ DIST.  3 ☐ APPEALS  4 ☐ OTHER | 2. MAG. DOCKET NO. | 3. DIST. CT. DOCKET NO. CA C-00-86 | VOUCHER NO. 1063250 |
|---|---|---|---|
| 4. APPEALS DOCKET NO. | 5. FOR (DISTRICT/CIRCUIT) SDTX | 6. LOC. CODE TXSCC | 7. CHARGE/OFFENSE 2455 | 7A. CASE CODE |

| 8. IN THE CASE OF Choyce vs Johnson, et al | 9. PERSON REPRESENTED (FULL NAME) Clifton Ray Choyce | 9A. NO. REPRES. 1 |
|---|---|---|

**10. PERSON REPRESENTED (STATUS)**
1 ☐ DEFENDANT—ADULT  3 ☐ APPELLANT  5 ☒ OTHER Petitioner
2 ☐ DEFENDANT—JUVENILE  4 ☐ APPELLEE

**11. PROCEEDINGS** (Describe briefly)
All proceedings in this case

**12. PAYMENT CATEGORY**
A ☐ FELONY    C ☐ PETTY OFFENSE   E ☒ OTHER civil 2254
B ☐ MISDEMEANOR  D ☐ APPEAL

**13. COURT ORDER**
O ☒ Appointing Counsel    F ☐ Subs. for FD
C ☐ Co-Counsel       R ☐ Subs. for Retained Atty.
P ☐ Subs. for Panel Atty.
Name of prior panel attorney
Appt. Date _____  Voucher No. _____

Because the above-named "person represented" has testified under oath or has otherwise satisfied this court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in item 14 is appointed to represent this person in this case.

▶ Sig. of Presiding Judicial Officer or By Order of Court (Clerk/Deputy)
▶ 3-26-01
Date of Order    Nunc Pro Tunc Date

**14. FULL NAME OF ATTORNEY/PAYEE** (First Name, M.I., Last Name, Including Suffix) AND MAILING ADDRESS
Paul Krauzig
802 N. Carancahua
Corpus Christi, TX 78470

**15. WORK PHONE** 361-883-3583

**16A.** Does the attorney have the preexisting agreement (see Instructions) with a corporation, including a professional corporation?  ☐ Yes  ☐ No

**16B. SOCIAL SECURITY NO.** 456-7...

**16C. EMPLOYER I.D. NO.**

**16D. NAME AND MAILING ADDRESS OF LAW FIRM**

United States District Court
Southern District of Texas
FILED
MAR 27 2001
MICHAEL N. MILBY, CLERK

## CLAIM FOR SERVICES OR EXPENSES

| | SERVICE | HOURS | DATES | Multiply rate per hour times total hours to obtain "In Court" compensation. Enter total below. |
|---|---|---|---|---|
| 17. IN COURT | a. Arraignment and/or Plea | | | |
| | b. Bail and Detention Hearings | | | |
| | c. Motions Hearings | | | |
| | d. Trial | | | 17A. TOTAL IN COURT COMP. |
| | e. Sentence Hearings | | | |
| | f. Revocation Hearings | | | |
| | g. Appeals Court | | | |
| | h. Other (Specify on additional sheets) | | | |
| | (Rate per hour = ____) TOTAL HOURS = | | | $ |
| 18. OUT OF COURT | a. Interviews and conferences | | | Multiply rate per hour times total hours. Enter total "out of court" compensation below. |
| | b. Obtaining and reviewing records | | | |
| | c. Legal research and brief writing | | | |
| | d. Travel time (Specify on additional sheets) | | | 18A. TOTAL OUT OF COURT COMP. |
| | e. Investigative and other work (Specify on additional sheets) | | | |
| | (Rate per hour = ____) TOTAL HOURS = | | | $ |

| 19. EXPENSES | TRAVEL, LODGING, MEALS ETC. | AMOUNT | OTHER EXPENSES | AMOUNT | |
|---|---|---|---|---|---|
| | | | | | 19A. TOTAL TRAVEL EXP. $ |
| | | | | | 19B. TOTAL OTHER EXP. $ |
| | | | | | 20 GRAND TOTAL CLAIMED $ |

**21. CERTIFICATION OF ATTORNEY/PAYEE FOR PERIOD** _____ TO _____

F ☐ Final Payment  I ☐ Interim Payment No ____  Has compensation and/or reimbursement for work in this case previously been applied for? ☐ YES ☐ NO
If yes, were you paid? ☐ YES ☐ NO  If yes, by whom where you paid? ____  How much? ____  Has the person represented paid any money to you, or to your knowledge to anyone else, in connection with the matter for which you were appointed to provide representation? ☐ YES ☐ NO
If yes, give details on additional sheets ____
I swear or affirm the truth or correctness of the above statements ▶

SIGNATURE OF ATTORNEY/PAYEE ▶    DATE

| | 22. IN COURT COMP. $ | 23. OUT OF COURT COMP. $ | 24. TRAVEL EXPENSE $ | 25. OTHER EXPENSES $ | 26. TOTAL AMT. APPROVED/CERT. |
|---|---|---|---|---|---|
| APPROVED FOR PAYMENT | 27. SIGNATURE OF PRESIDING JUDICIAL OFFICER | | DATE | | 27A. JUDGE/MAG. CODE |
| | 28. SIGNATURE OF CHIEF JUDGE, CT. OF APPEALS (OR DELEGATE) | | DATE | | 29 TOTAL AMT. APPROVED $ |

**COPY 4 - FILED IN COURT'S CASE FILE AFTER CLERK ENTERS APPOINTMENT DATA**