IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 2 2001

Michael N. Milby, Clerk of Court

| | |
|---|---|
| CLIFTON RAY CHOYCE, § | |
| Petitioner, § | |
| § | |
| V. § | Civil Action No. C-00-86 |
| § | |
| GARY L. JOHNSON, DIRECTOR, § | |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE, INSTITUTIONAL DIVISION, § | |
| Respondent. § | |

**RESPONDENT JOHNSON'S MOTION TO TEMPORARILY WITHDRAW
PREVIOUSLY-FILED AUDIOTAPE RECORD**

TO THE HONORABLE DISTRICT JUDGE OF SAID COURT:

NOW COMES Gary L. Johnson, Director, Texas Department of Criminal Justice, Institutional Division, Respondent, "the Director", through the Attorney General of Texas, and files this, his Motion to Temporarily Withdraw Previously Filed Audiotape Record, and respectfully shows the court the following in support thereof:

**I.**

**PROCEDURAL HISTORY**

This is a habeas corpus case brought by a Texas prisoner, Clifton Ray Choyce, ("Choyce"), under 28 U.S.C. §§ 2241, 2254. Choyce's federal writ petition was filed by the court on February 28, 2000. Fed. Writ Petition at 1.

In his petition, Choyce raised several claims relating to a prison disciplinary proceeding.[1] Among these claims was an allegation that the hearing officer excluded two of Choyce's witnesses from the hearing. In response to a show cause order, on September 15, 2000, the Director filed his motion for summary judgment with brief in support. On February 27, 2001, the court issued a memorandum and recommendation, ("M&R"), wherein the

---

[1] Those claims are enumerated in page three of the Director's Motion for Summary Judgment with Brief in Support.

ClibPDF - www.fastio.com

magistrate judge recommended that Respondent's motion for summary judgment be denied because the record did not contain information regarding the exclusion of Choyce's witnesses. The Director was given ten days from the date of service to file objections. M&R 8. Given that the Director was served on March 6, 2001, the Director had until March 20, 2001, to file objections. However, before the period for filing objections had terminated, the District Judge ordered that the motion for summary judgment be denied. [Docket Entry #24] Thereafter, on March 20, 2001, the Director mailed his objections to the court's M&R and forwarded to the court a copy of the tape of the disciplinary hearing. On March 27, 2001, the magistrate judge issued an order setting an evidentiary hearing for April 24, 2001. [Docket Entry #28].

## II.

### MOTION TO TEMPORARILY WITHDRAW PREVIOUSLY-FILED AUDIOTAPE RECORD

In his petition, Choyce challenges his disciplinary proceeding in case number 990118440. Fed. Writ Petition at 5. In that proceeding, Choyce was charged with the offenses of rioting and refusing to obey orders. Choyce pleaded not guilty. Exhibit B to Director's Answer with Brief in Support (Disciplinary Report and Hearing Record) at 2. After presentation of the evidence, the hearing officer found Choyce guilty of the charged offense. Exhibit B at 2. Subsequently, punishment was assessed at a loss of 500 days of good time credit. Exhibit B at 2.

While the undersigned attempted to order another copy of the disciplinary hearing tape, TDCJ-ID informed the undersigned that the original had been destroyed in the interim. Thus, in order to present a transcribed copy of the tape at the evidentiary hearing, the undersigned respectfully moves to temporarily withdraw the previously-filed audiotape. Upon completion of the transcription, the Director will resubmit the audiotape for filing.

2

# III.

# CONCLUSION

WHEREFORE, PREMISES CONSIDERED, the Director moves the district court to allow him to temporarily withdraw his previously-filed audiotape record.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

ANDY TAYLOR
First Assistant Attorney General

MICHAEL McCAUL
Deputy Attorney General
  for Criminal Justice

ROSS RAYBURN
Assistant Attorney General
Chief, Habeas Corpus Division

*Lead Counsel

DENISE A. VILLARREAL*
Assistant Attorney General
State Bar No. 24008212
Southern Dist. No. 25,314

P.O. Box 12548, Capitol Station
Austin, Texas  78711-2548
(512) 936-1400
(512) 936-1280 (Fax)

ATTORNEYS FOR RESPONDENT

## NOTICE OF SUBMISSION

To: Paul Kratzic, counsel for Clifton Ray Choyce, you are hereby notified that the undersigned attorney will bring the foregoing motion before the court as soon as the business of the court will permit.

*(signature)*

DENISE A. VILLARREAL
Assistant Attorney General

## CERTIFICATE OF CONFERENCE

I, Denise A. Villarreal, Assistant Attorney General of Texas, do hereby certify that I contacted by telephone Mr. Paul Kratzic, counsel for Clifton Ray Choyce, on March 30, 2001, and he indicated that he was not opposed to the motion.

*(signature)*

DENISE A. VILLARREAL
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, Denise A. Villarreal, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Respondent Johnson's Motion to Temporarily Withdraw Previously-Filed Audiotape Record has been served by placing same in the United States mail, postage prepaid, on this, the 30th day of March, 2001, addressed to:

Mr. Paul Kratzic,
 Counsel for Clifton Ray Choyce
600 Leopard St., Suite 2100
Corpus Christi, TX 78473

*(signature)*

DENISE A. VILLARREAL
Assistant Attorney General

4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| CLIFTON RAY CHOYCE, § | |
| Petitioner, § | |
| § | |
| V. § | Civil Action No. C-00-86 |
| § | |
| GARY L. JOHNSON, DIRECTOR, § | |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE, INSTITUTIONAL DIVISION, § | |
| Respondent. § | |

## ORDER

On this day came before the court for consideration Respondent Johnson's Motion to Temporarily Withdraw Previously-Filed Audiotape Record, and the court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is hereby ORDERED, ADJUDGED, and DECREED that Respondent Johnson's Motion to Withdraw Previously-Filed Audiotape Record is GRANTED.

SIGNED this _____ day of _____, 2001.

_____
JUDGE PRESIDING