United States District Court
Southern District of Texas
FILED

APR 1 1 2001

MICHAEL N. MILBY, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CLIFTON RAY CHOYCE | § | |
| | § | 32. |
| VS. | § | CIVIL ACTION NO. C-00-86 |
| | § | |
| GARY L. JOHNSON, DIRECTOR, | § | |
| TDCJ-ID | § | |

### PETITIONER'S EXPEDITED MOTION TO OBTAIN VIDEOTAPE OR, ALTERNATIVELY, MOTION TO VIEW VIDEOTAPE

The Court has set an evidentiary hearing on April 24, 2001, to resolve Petitioner's claim that his due process rights were violated during a disciplinary hearing when officer Hester was not allowed to testify. Officer Hester's significance to Petitioner's proof can only be determined by the videotape of the incidence which gave rise to the disciplinary hearing. Counsel for Petitioner should be allowed to receive a copy of the videotape so that he can properly prepare for the evidentiary hearing.

In the alternative, counsel for Petitioner should be allowed to at least view the videotape so that he can knowledgeably refute any statements made or evidence produced by Respondent which is contrary to what actually occurred.

Such information is essential to proper representation of Petitioner.

This request should be expedited because of the imminent hearing.

THEREFORE, Petitioner requests the Court to provide a copy of the videotape of the incident to his counsel, or, alternatively, to allow his counsel to view the videotape.

Respectfully submitted,

LAW OFFICE OF PAUL G. KRATZIG

_____
Paul G. Kratzig
State Bar No. 11710500
600 Leopard Street, Suite 2100
Corpus Christi, Texas 78473
Telephone: (512) 883-3563
Telecopier: (512) 883-0210

**ATTORNEY FOR PETITIONER**

OF COUNSEL:

WHITE, HUSEMAN & PLETCHER
600 Leopard, Suite 2100
Corpus Christi, Texas 78473

## CERTIFICATE OF SERVICE

I certify that on this _10_ day of April, 2001, a true and correct copy of the foregoing document was served upon the following counsel of record by the method indicated below.

_____
PAUL G. KRATZIG

**By Fax #512/936-1280
And by Certified Mail,
Return Receipt Requested, to:**

RETURN RECEIPT #
Ms. Denise A. Villarreal
Assistant Attorney General
P. O. Box 12548, Capitol Station
Austin, Texas 78711

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **CLIFTON RAY CHOYCE** | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-00-86 |
| | § | |
| **GARY L. JOHNSON, DIRECTOR,** | § | |
| **TDCJ-ID** | § | |

## ORDER PERMITTING ACCESS TO VIDEOTAPE

The Court has reviewed Petitioner's Motion to Obtain Videotape, or, Alternatively, Motion to View Videotape, and is the opinion that same should be granted.

IT IS, THEREFORE, ORDERED that

_____   Counsel for Petitioner be provided a copy of the videotape of the incident giving rise to the disciplinary hearing

**OR**

_____   Counsel for Petitioner be allowed to view the videotape at the McConnell Unit, Beeville, Texas, at a time to be determined by the parties, but no later than April 21, 2001.

SIGNED this _____ day of April, 2001.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE