IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 1 3 2001

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| CLIFTON RAY CHOYCE, | § | |
| Petitioner, | § | 33. |
| | § | |
| V. | § | CIVIL ACTION NO. C-00-86 |
| | § | |
| GARY L. JOHNSON, DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

**ORDER**

Be it remembered that on this day came to be considered Respondent Johnson's Motion to Alter or Amend the Judgment, and the court after considered the pleadings of the parties filed herein, is of the opinion that the following order should issue:

It is hereby ORDERED, ADJUDGED and DECREED that ~~said motion be, and it is hereby GRANTED~~ the court's order denying summary judgment is withdrawn. The U.S. Magistrate judge will consider the material now offered.

SIGNED on this the 12 day of April, 2001.

/s/ [signature]
JUDGE PRESIDING

If the United States magistrate judge does not find good cause for timely submission of the defendant's evidence, she may disregard it.