UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
APR 1 3 2001
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| CLIFTON RAY CHOYCE | § | 34. |
| | § | |
| vs. | § | CIVIL ACTION NO. C-00-86 |
| | § | |
| GARY L. JOHNSON, Director, TDCJ-ID | § | |

## ORDER

Petitioner's expedited motion for a copy of the videocassette of the events which gave rise to the filing of disciplinary action which is the subject of this § 2254 petition (D.E. 32) is granted. After the videocassette has been made a part of the record in this case, the Clerk shall provide a duplicate copy of the videocassette to counsel for petitioner. The cost of reproduction of the videocasette is to be born by the United States. In the interests of institutional security, counsel for petitioner is ordered not to republish the information contained in the video without authorization from the court or express written permission of the respondent. Counsel for petitioner is required to return the tape to the Clerk at the time final judgment is entered and the time for filing an appeal expires, or if an appeal is filed, when the appeal process is exhausted.

In view of the order entered by Hon. Hayden W. Head, Jr. on April 12, 2001, the evidentiary hearing currently scheduled for Tuesday, May 15, 2001, at 1:30 p.m. is canceled. The order appointing counsel remains in effect. Rules 6(a) 8(c), Rules Governing Section 2254 Cases.

Respondent's objections to the Memorandum and Recommendation of February 27, 2001, will be addressed and a supplemental Memorandum and Recommendation filed after petitioner and respondent have had an opportunity to submit additional evidence and to file briefs.

Respondent shall resubmit the audio tape of the disciplinary hearing (previously released to respondent [D.E. 31]) and accompanying transcript on or before Monday, May 7, 2001. Supplemental briefing by respondent, if desired, is also due on or before Monday, May 7, 2001. Petitioner's response and any materials submitted for expansion of the record are due on or before Monday, May 21, 2001.

ORDERED this _13_ day of _April_, 2001.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE