

# Office of the Attorney General
## State of Texas

**DAN MORALES**
ATTORNEY GENERAL

April 2, 1998



The Honorable Michael N. Milby, Clerk
United States District Court
Southern District of Texas
Corpus Christi Division
521 Starr, Room 101
Corpus Christi, Texas 78401

Attn: Magistrate Judge Ellington

C-00-86
#35

Re: *Clifton Ray Choyce v. Norma Sherman, et al.*
Cause No. C-95-554

Dear Mr. Milby:

As requested by this court, the undersigned is filing one copy of a confidential videotape for an *in camera* inspection by the court, to be filed with the papers in the above-referenced style and cause number.

Please indicate the date of filing on the enclosed copy of this letter and return it to me in the enclosed postpaid addressed envelope.

Thank you for your kind assistance in this matter.

Sincerely,

KRISTINA W. SILCOCKS
Assistant Attorney General

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, Clerk
By _____
Deputy Clerk

Enclosures
KWS/jpg

512/463-2100                     P.O. BOX 12548                       AUSTIN, TEXAS 78711-2548
PRINTED ON RECYCLED PAPER                                    AN EQUAL EMPLOYMENT OPPORTUNITY EMPLOYER