# CIVIL COURT MINUTES

**JUDGE PRESIDING:** B. JANICE ELLINGTON

**CASE MGR/ERO:** Grace Lerma

**LANIER TAPE NO.** 1 (650 - 1623)

**LAW CLERK:** —

**U. S. MARSHAL:** —

**INTERPRETER:** —

United States District Court
Southern District of Texas
FILED

APR 1 2 2001

MICHAEL N. MILBY, CLERK

**DATE:** 4-12-01   **OPEN:** 10:46 AM   **CLOSE:** 11:05 AM

**CIVIL ACTION NO.:** C-00-86

Clifton Roy Choyce     **COUNSEL:** Paul Kratzig

VS.

Gary Johnson, et al.   **COUNSEL:** Villarreal

---

**( X ) Proceeding**

Case called. Arguments heard. Court orders that the video cassette (DE 41) in C-95-554 be transferred & be made part of the record in C-00-86. Mr. Kratzig's motion for copy of videocassette of the events that gave rise to the filing of disciplinary action is granted. The Court orders that a copy of the tape be given to Mr. Kratzig, the cost to be paid by the United States. Mr. Kratzig is to return the tape to the Clerk at the time final Judgment is entered or after appeal time is exhausted. Evidentiary hearing set 5-15-01 @ 1:30 pm

Court adjourned

36