United States District Court
Southern District of Texas
ENTERED

APR 1 6 2001

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| CLIFTON RAY CHOYCE | § |
| | § |
| vs. | § CIVIL ACTION NO. C-00-86 |
| | § |
| GARY L. JOHNSON, Director, TDCJ-ID | § |

### ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The Writ of Habeas Corpus Ad Testificandum, signed on March 26, 2001, to deliver **CLIFTON RAY CHOYCE, TDCJ# 380334**, is hereby **VACATED**.

ORDERED this 12 day of April, 2001.

B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE