

OFFICE OF THE ATTORNEY GENERAL · STATE OF TEXAS
JOHN CORNYN

United States District Court
Southern District of Texas
FILED

APR 30 2001

April 27, 2001

MICHAEL N. MILBY CLERK

**By Overnight Delivery**

The Honorable Michael Milby, Clerk
United States District Court
Southern District of Texas
Corpus Christi Division
1133 North Shoreline Blvd.
Corpus Christi, Texas 78401

    Re:   *Clifton Ray Choyce v. Gary L. Johnson*
           Civil Action No. C-00-86

Dear Mr. Milby:

    Enclosed please find copies of the state court records in the above-referenced cause.

    Please indicate the date of filing on the enclosed copy of this letter and return it to me in the enclosed postpaid addressed envelope.

    Thank you for your kind assistance in this matter.

Sincerely,

*Denise Villarreal /meg*

DENISE A. VILLARREAL
Assistant Attorney General

DAV:meg
Enclosures

c:    File

POST OFFICE BOX 12548, AUSTIN, TEXAS 78711-2548  TEL: (512)463-2100  WEB: WWW.OAG.STATE.TX.US
*An Equal Employment Opportunity Employer · Printed on Recycled Paper*

