IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

MAY 24 2001

Michael N. Milby, Clerk of Court

| | |
|---|---|
| CLIFTON RAY CHOYCE § | |
| § | |
| VS. § | CIVIL ACTION NO. C-00-86 |
| § | |
| GARY L. JOHNSON, DIRECTOR, § | |
| TDCJ-ID § | |

**CORRECTION OF DEFICIENT PETITIONER'S BRIEF IN SUPPORT OF HIS PETITION FOR WRIT OF HABEAS CORPUS**

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Petitioner, Clifton Ray Choyce, by and through his attorney of record, Paul G. Kratzig, and files this correction of deficient Petitioner's Brief in Support of his Petition for Writ of Habeas Corpus, LR11.3A (4) No Federal Bar Number.

The Federal Bar Number for Mr. Kratzig is **7593**.

Respectfully submitted,

LAW OFFICE OF PAUL G. KRATZIG

_____
Paul G. Kratzig
State Bar No. 11710500
Federal Bar No. 7593
600 Leopard Street, Suite 2100
Corpus Christi, Texas 78473
Telephone: (512) 883-3563
Telecopier: (512) 883-0210

**ATTORNEY FOR PETITIONER**

OF COUNSEL:

WHITE, HUSEMAN & PLETCHER
600 Leopard, Suite 2100
Corpus Christi, Texas 78473

## CERTIFICATE OF SERVICE

I certify that on this 24th day of May, 2001, a true and correct copy of the foregoing document was served upon the following counsel of record by the method indicated below.

_____
PAUL G. KRATZIG

**By Fax #512/936-1280
And by Certified Mail,
Return Receipt Requested, # 7000 0600 0025 8531 8597 to:**


Ms. Denise A. Villarreal
Assistant Attorney General
P. O. Box 12548, Capitol Station
Austin, Texas  78711