IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

U.S. DISTRICT COURT
SOUTHERN DISTRICT TEXAS
FILED

AUG -3 01

MICHAEL N. MILBY, CLERK

| | |
|---|---|
| CLIFTON RAY CHOYCE | § |
| | § |
| VS. | § CIVIL ACTION NO. C-00-86 |
| | § |
| GARY L. JOHNSON, DIRECTOR, | § |
| TDCJ-ID | § |

### CORRECTION OF DEFICIENT PETITIONER'S RESPONSE TO RESPONDENT'S OBJECTIONS TO THE SUPPLEMENTAL MEMORANDUM AND RECOMMENDATION

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Petitioner, Clifton Ray Choyce, by and through his attorney of record, Paul G. Kratzig, and files this correction of deficient Petitioner's Response to Respondent's Objections to the Supplemental Memorandum and Recommendation, LR11.3A (4) No Federal Bar Number.

The Federal Bar Number for Mr. Kratzig is **7593**.

Respectfully submitted,

LAW OFFICE OF PAUL G. KRATZIG

Paul G. Kratzig
State Bar No. 11710500
Federal Bar No. 7593
600 Leopard Street, Suite 2100
Corpus Christi, Texas  78473
Telephone:  (512) 883-3563
Telecopier: (512) 883-0210

**ATTORNEY FOR PETITIONER**

OF COUNSEL:

HUSEMAN & PLETCHER
600 Leopard, Suite 2100
Corpus Christi, Texas 78473

## CERTIFICATE OF SERVICE

I certify that on this __3__ day of August, 2001, a true and correct copy of the foregoing document was served upon the following counsel of record by the method indicated below.

PAUL G. KRATZIG

**By Fax #512/936-1280
And by Certified Mail,
Return Receipt Requested, # 7000 0600 0025 8531 8594 to:**

Ms. Denise A. Villarreal
Assistant Attorney General
P. O. Box 12548, Capitol Station
Austin, Texas 78711

2