United States Courts
Southern District of Texas   DT
FILED

OCT - 9 2001

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CLIFTON RAY CHOYCE, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | NO. CA-C-00-86 |
| | § | |
| JANIE COCKRELL,[1] DIRECTOR, | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

**RESPONDENT COCKRELL'S MOTION TO APPEAR *PRO HAC VICE*
WITH BRIEF IN SUPPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Janie Cockrell, Director, Texas Department of Criminal Justice, Institutional Division, respondent ("the Director"), by her attorney, the Attorney General of Texas, and files this Respondent Johnson's Motion to Appear *Pro Hac Vice* with Brief in Support. In support thereof, the Director would respectfully show the court the following:

The undersigned accepted a position as an Assistant Attorney General with the Habeas Corpus Division of the Office of the Attorney General of the State of Texas on August 1, 2001, and has been assigned to represent the Director in this cause. The undersigned has been licensed to practice in the State of Texas since November 1, 2000, and is a member in good standing of the State Bar of Texas. The undersigned will be submitting an application for admission to the United States District Court for the Southern District of Texas post haste. The undersigned has read and will comply with the Local Rules for the District.

---

[1] The previous named respondent in this action was Gary L. Johnson. On August 1, 2001, Janie Cockrell succeeded Johnson as Director of the Texas Department of Criminal Justice, Institutional Division. Under Rule 25(d)(1) of the Federal Rules of Civil Procedure, she "is automatically substituted as a party."

For the foregoing reasons, the undersigned respectfully requests that this motion to appear before this court *pro hac vice* be granted.

                                  Respectfully submitted,

                                  JOHN CORNYN
                                  Attorney General of Texas

                                  HOWARD G. BALDWIN
                                  First Assistant Attorney General

                                  MICHAEL T. McCAUL
                                  Deputy Attorney General for
                                  Criminal Justice

                                  S. MICHAEL BOZARTH
                                  Assistant Attorney General
                                  Chief, Habeas Corpus Division

                                  */s/ Patricia K. Dyer*
                                  PATRICIA K. DYER*

*Attorney-in-Charge              Assistant Attorney General
                                  State Bar No. 24027302

                                  P. O. Box 12548, Capitol Station
                                  Austin, Texas   78711
                                  (512) 936-1400
                                  Facsimile No. (512) 936-1280

                                  ATTORNEYS FOR RESPONDENT

## NOTICE OF SUBMISSION

To: Paul A. Kratzig, attorney for petitioner, you are hereby notified that the undersigned attorney will bring the foregoing motion before the court as soon as the business of the court will permit.

                                  */s/ Patricia K. Dyer*
                                  PATRICIA K. DYER
                                  Assistant Attorney General

## CERTIFICATE OF CONFERENCE

I, Patricia K. Dyer, Assistant Attorney General of Texas, do hereby certify that I contacted Paul G. Kratzig by telephone on October 3rd, 2001. Mr. Kratzig stated he has no objection to my appearance in this cause.

_____
PATRICIA K. DYER
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, Patricia K. Dyer, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Respondent Cockrell's Motion to Appear *Pro Hac Vice* with Brief in Support has been served by placing same in the United States mail, postage prepaid, on this the 3rd day of October, 2001, addressed to:

Paul G. Kratzig
Attorney at Law
600 Leopard Street, Suite 2100
Corpus Christi, Texas 78473

_____
PATRICIA K. DYER
Assistant Attorney General

3

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| CLIFTON RAY CHOYCE, § | |
| Petitioner, § | |
| § | |
| V. § | NO. CA-C-00-86 |
| § | |
| JANIE COCKRELL, DIRECTOR § | |
| TEXAS DEPARTMENT OF CRIMINAL § | |
| JUSTICE, INSTITUTIONAL DIVISION, § | |
| Respondent. § | |

# ORDER

Came on this day to be considered Respondent Cockrell's Motion to Appear *Pro Hac Vice*, and the court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

ORDERED that Respondent's Motion to Appear *Pro Hac Vice* is GRANTED, and Assistant Attorney General Patricia K. Dyer is permitted to appear *pro hac vice*.

SIGNED on this the _____ day of _____, 2001.

_____
JUDGE PRESIDING