United States Courts
Southern District of Texas   DT
FILED
OCT - 9 2001
Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CLIFTON RAY CHOYCE, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | NO. CA-C-00-86 |
| | § | |
| JANIE COCKRELL, DIRECTOR | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

**RESPONDENT COCKRELL'S MOTION TO SUBSTITUTE COUNSEL
FOR THE DIRECTOR WITH BRIEF IN SUPPORT**

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Janie Cockrell, Director of the Texas Department of Criminal Justice, Institutional Division, Respondent herein, hereinafter referred to as "the Director," by and through her attorney, the Attorney General of Texas, and files this Respondent Cockrell's Motion to Substitute Counsel for the Director with Brief in Support. In support thereof, the Director would respectfully show the court the following:

**I.**

The Director was last represented in this federal writ of habeas corpus by Assistant Attorney General Ms. Denise A. Villarreal. Due to staffing changes it was necessary to reassign this case within the Office of the Attorney General of the State of Texas. The undersigned has been assigned to represent the Director and moves this court to allow Ms. Villarreal to withdraw and the undersigned to substitute in as the Assistant Attorney General representing the Director in this federal habeas action. The undersigned is familiar with and will follow the rules of the court. This substitution is not requested to harass the Petitioner or to delay this proceeding. All correspondence should be sent to the same address.

**II.**

WHEREFORE, PREMISES CONSIDERED, the undersigned moves this court to allow

52.

Assistant Attorney General Denise A. Villarreal to withdraw and to substitute the undersigned as the Assistant Attorney General representing the Director in this federal habeas corpus action.

Respectfully submitted,

JOHN CORNYN
Attorney General of Texas

HOWARD G. BALDWIN, JR.
First Assistant Attorney General

MICHAEL T. McCAUL
Deputy Attorney General for
Criminal Justice

S. MICHAEL BOZARTH
Assistant Attorney General
Chief, Habeas Corpus Division

*Attorney-in-Charge

PATRICIA K. DYER*
Assistant Attorney General
State Bar No. 24027302

P. O. Box 12548, Capitol Station
Austin, Texas  78711
(512) 936-1400
Facsimile No. (512) 936-1280

ATTORNEYS FOR RESPONDENT

## NOTICE OF SUBMISSION

To: Paul G. Kratzig, attorney for petitioner, you are hereby notified that the undersigned attorney will bring the foregoing motion before the court as soon as the business of the court will permit.

PATRICIA K. DYER
Assistant Attorney General

2

## CERTIFICATE OF CONFERENCE

I, Patricia K. Dyer, Assistant Attorney General of Texas, do hereby certify that I contacted Mr. Paul G. Kratzig by telephone on October 3, 2001. Mr. Kratzig stated he has no objection to my appearance in this cause.

```
_____
PATRICIA K. DYER
Assistant Attorney General
```

## CERTIFICATE OF SERVICE

I, Patricia K. Dyer, Assistant Attorney General of Texas, do hereby certify that a true and correct copy of the above and foregoing Respondent Cockrell's Motion to Substitute Counsel for the Director with Brief in Support has been served by placing same in the United States Mail, postage prepaid, on this the 3rd day of October, 2001, addressed to:

Paul G. Kratzig
Attorney at Law
600 Leopard Street, Suite 2100
Corpus Christi, Texas 78473

```
_____
PATRICIA K. DYER
Assistant Attorney General
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| *CLIFTON RAY CHOYCE,* | § | |
| *Petitioner,* | § | |
| | § | |
| *V.* | § | NO. CA-C-00-86 |
| | § | |
| *JANIE COCKRELL, DIRECTOR* | § | |
| *TEXAS DEPARTMENT OF CRIMINAL* | § | |
| *JUSTICE, INSTITUTIONAL DIVISION,* | § | |
| *Respondent.* | § | |

**ORDER**

Came on this day to be considered Respondent Cockrell's Motion to Substitute Counsel, and the court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

ORDERED that Respondent's Motion to Substitute Counsel is GRANTED, and Assistant Attorney General Patricia K. Dyer is permitted to represent the Director in this federal habeas corpus action.

SIGNED on this the _____ day of _____, 2001.

_____
JUDGE PRESIDING