IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 1 2 2001

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| CLIFTON RAY CHOYCE, | § | 53. |
| Petitioner, | § | |
| | § | |
| V. | § | NO. CA-C-00-86 |
| | § | |
| JANIE COCKRELL, DIRECTOR | § | |
| TEXAS DEPARTMENT OF CRIMINAL | § | |
| JUSTICE, INSTITUTIONAL DIVISION, | § | |
| Respondent. | § | |

## ORDER

Came on this day to be considered Respondent Cockrell's Motion to Appear *Pro Hac Vice*, and the court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

ORDERED that Respondent's Motion to Appear *Pro Hac Vice* is GRANTED, and Assistant Attorney General Patricia K. Dyer is permitted to appear *pro hac vice*.

SIGNED on this the __11__ day of __Oct__, 2001.

_____
JUDGE PRESIDING