United States District Court
Southern District of Texas
ENTERED

OCT 1 2 2001

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| *CLIFTON RAY CHOYCE,* | § | **54.** |
| Petitioner, | § | |
| | § | |
| *V.* | § | NO. CA-C-00-86 |
| | § | |
| *JANIE COCKRELL, DIRECTOR* | § | |
| *TEXAS DEPARTMENT OF CRIMINAL* | § | |
| *JUSTICE, INSTITUTIONAL DIVISION,* | § | |
| Respondent. | § | |

## ORDER

Came on this day to be considered Respondent Cockrell's Motion to Substitute Counsel, and the court, after considering the pleadings of the parties filed herein, is of the opinion that the following order should issue:

ORDERED that Respondent's Motion to Substitute Counsel is GRANTED, and Assistant Attorney General Patricia K. Dyer is permitted to represent the Director in this federal habeas corpus action.

SIGNED on this the __11__ day of __Oct__, 2001.

_____
JUDGE PRESIDING