# UNITED STATES OF AMERICA
# SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

### RESETTING

**CLIFTON RAY CHOYCE**

55.

V.                                             CASE NUMBER:   CA-C-00-86

**GARY L. JOHNSON, ET AL**

### NOTICE TO APPEAR

United States District Court
Southern District of Texas
FILED

OCT 1 1 2001

TO:   Paul G. Kratzig
        Patricia K. Dyer

Michael N. Milby
Clerk of Court

**YOU ARE ORDERED TO APPEAR** Monday, October 15, 2001 at 1:15 p.m., before:

U. S. District Judge H. W. Head, Jr.
United States Courthouse
3rd Floor Courtroom, 310-A
1133 N. Shoreline
Corpus Christi, Texas  78401

TO ATTEND THE FOLLOWING PROCEEDING:

Hearing on Objections to Memorandum and Recommendation
Continued from October 11, 2001.

*BY ORDER OF THE COURT*
Michael N. Milby, Clerk of Court
By Deputy:   Judith F. Alvarez                    Date: October 11, 2001