CV/~~CR~~ ACTION NO.: C-00-86

UNITED STATES OF AMERICA  )   COUNSEL: PAUL G. KRATZIG
                          )
VS.
GARY L. JOHNSON, ET AL    )   COUNSEL: PATRICIA DYER
                          )

================================================

United States District Court
Southern District of Texas
FILED

OCT 15 2001

MICHAEL N. MILBY, CLERK

JUDGE PRESIDING: HAYDEN W. HEAD, JR.

COURTROOM CLERK: Judith F. Alvarez    COURT RECORDER: Genay Rogan
LAW CLERK: Tracy Odvody               INTERPRETER: ―
~~U.S. MARSHAL~~/CSO: Raul Barrera    U.S.P.O.: ―
DATE: Oct. 15, 2001   OPEN: 1:25 pm   ADJOURN: 2:29 pm
TAPE: 1/40 - 2391

================================================

Case called for HEARING ON OBJECTIONS TO MEMORANDUM AND RECOMMENDATION.

Appearances made. Discussion about what a "counsel substitute" is. The Counsel Substitute represents the prisoner at a disciplinary hearing. Def. Atty advises that there was no sworn testimony at the disciplinary hearing. Discussion about what was discussed in the disciplinary hearing. Discussion about Deft's right to have the adverse witness, Officer Hester, present at the disciplinary hearing. Arguments are heard from both sides.

The Court asks for memoranda from both as to whether or not the statements in disciplinary hearings need to be under oath. Plaintiff Atty asks to amend the petition. The Court denies the request to amend petition. The Court wants also to have in memoranda the role of the Substitute Counsel. The Court takes it under advisement. Adjourned.

56.