IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
OCT 1 9 2001
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| CLIFTON CHOYCE | § § | 51. |
| v. | § | CIVIL ACTION NO. C-00-86 |
| JANIE COCKRELL, Director-TDCJ-ID | § § § | |

## ORDER TO SUBMIT MEMORANDA

The Court orders each of the parties to submit to the Court within 10 days a memorandum of authorities on the issue of whether evidence, including statements of witnesses, taken by a hearing officer in a prison disciplinary hearing must be taken under oath. In addition, the Court orders the defendant to submit within 10 days the statutes, rules, and regulations and all prison procedures and policies under which the disciplinary hearing in this case was conducted, including without limitation those same matters as they relate to the qualifications, function, and duties of counsel substitutes.

ORDERED this _18_ day of _____Oct_____, 2001.

_____
H.W. HEAD, JR.
UNITED STATES DISTRICT JUDGE