IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CLIFTON CHOYCE | § | |
| | § | |
| v. | § | CIVIL ACTION NO. C-00-86 |
| | § | |
| JANIE COCKRELL, Director-TDCJ-ID | § | |

## FINAL JUDGMENT

The Court enters summary judgment denying petitioner's application for writ of habeas corpus.

ORDERED this _11_ day of _December_, 2001.

_____
H.W. HEAD, JR.
UNITED STATES DISTRICT JUDGE