# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION



| | | |
|---|---|---|
| **CLIFTON RAY CHOYCE** | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-00-86 |
| | § | |
| **JANE COCKRELL, DIRECTOR-TDCJ-ID** | § | |

## MOTION FOR EXTENSION OF TIME TO FILE NOTICE OF APPEAL

PETITIONER, CLIFTON RAY CHOYCE, requests an extension of time pursuant to Rule 4, of the Federal Rules of Appellate Procedure, within which to file a notice of appeal from the Court's Final Judgment denying Petitioner's application for writ of habeas corpus. In support of this motion, Petitioner shows the following:

1. Petitioner's counsel, Paul G. Kratzig, mailed a letter to petitioner which enclosed copies of the Court's order and final judgment dated December 11, 2001, in this cause. However, the undersigned counsel has not received any communication from Petitioner relative to Petitioner's desire to appeal or not appeal the Court's Order.

2. In the experience of the undersigned counsel, there are delays in telephone communication and written correspondence by inmates of the Texas Department of Corrections such that Petitioner Choyce may not have had adequate time to receive the communication from his counsel or to respond to such communication. Additional time is required for petitioner to make his desires known as to whether to seek an appeal in this matter, and justice would be served by granting an extension of time to ensure adequate opportunity for such communication.

1

62.

## CERTIFICATE OF CONSULTATION

3.  The undersigned counsel for petitioner Counsel attempted to communicate with counsel for respondent on this 21st day of December, 2001, but was not successful in reaching such counsel to determine whether or not this motion would be opposed or agreed upon by counsel for respondent.

Respectfully submitted,

LAW OFFICES OF PAUL G. KRATZIG

Paul G. Kratzig
State Bar No. 11710500
SDTX No. 7593
600 Leopard Street, Suite 2100
Corpus Christi, Texas 78473
Telephone: (361) 883-3563
Telecopier: (361) 883-0210

**ATTORNEY FOR PETITIONER**

OF COUNSEL:

HUSEMAN & PLETCHER
600 Leopard, Suite 2100
Corpus Christi, Texas 78473

2

## CERTIFICATE OF SERVICE

I certify that on this 21st day of December, 2001, a true and correct copy of the foregoing document was served upon the following counsel of record by the method indicated below.

_____
PAUL G. KRATZIG

**Sent by Certified Mail,
Return Receipt Requested, to:**

Ms. Patricia K. Dyer
Assistant Attorney General
P. O. Box 12548, Capitol Station
Austin, Texas 78711

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| **CLIFTON RAY CHOYCE** | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. C-00-86 |
| | § | |
| **JANE COCKRELL, DIRECTOR-TDCJ-ID** | § | |

## ORDER GRANTING MOTION FOR EXTENSION OF TIME TO APPEAL

The Court has considered the motion of Petitioner, Clifton Ray Choyce, for an extension of time within which to file a Notice of Appeal from the court's final judgment denying Petitioner's Application for Writ of Habeas Corpus. The Court is of the opinion that such motion should be GRANTED. It is, therefore,

ORDERED that Petitioner, Clifton Ray Choyce, shall be, and he is hereby, GRANTED an extension of time until the _____ day of January, 2002, within which to file a Notice of Appeal from the Court's order and final judgment in this cause that were signed on December 11, 2001.

Signed this _____ day of December, 2001.

Hayden Head, Jr.
United States District Judge

4