

United States District Court
Southern District of Texas
ENTERED

JAN 1 0 2002

Michael N. Milby, Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CLIFTON RAY CHOYCE | § | 63. |
| VS. | § | CIVIL ACTION NO. C-00-86 |
| JANE COCKRELL, DIRECTOR-TDCJ-ID | § | |

## ORDER ~~GRANTING~~ *Denying* MOTION FOR EXTENSION OF TIME TO APPEAL

The Court has considered the motion of Petitioner, Clifton Ray Choyce, for an extension of time within which to file a Notice of Appeal from the court's final judgment denying Petitioner's Application for Writ of Habeas Corpus. The Court is of the opinion that such motion should be ~~GRANTED~~ *denied as premature*. It is, therefore,

~~ORDERED that Petitioner, Clifton Ray Choyce, shall be, and he is hereby,~~ *denied* ~~GRANTED an extension of time until the _____ day of January, 2002, within which to file a Notice of Appeal from the Court's order and final judgment in this cause that were signed on December 11, 2001.~~

Signed this __9__ day of ~~December~~ *Jan*, 200~~2~~.

_____
Hayden Head, Jr.
United States District Judge

4