# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION



| | |
|---|---|
| **CLIFTON RAY CHOYCE** § | |
| § | |
| VS. § | CIVIL ACTION NO. C-00-86 |
| § | |
| **JANE COCKRELL, DIRECTOR-TDCJ-ID** § | |

## Notice of Appeal

PETITIONER, CLIFTON RAY CHOYCE, files this notice of appeal from the Court's Final Judgment denying Petitioner's application for writ of habeas corpus.

Respectfully submitted,

LAW OFFICES OF PAUL G. KRATZIG

_____
Paul G. Kratzig
State Bar No. 11710500
SDTX No. 7593
600 Leopard Street, Suite 2100
Corpus Christi, Texas 78473
Telephone: (361) 883-3563
Telecopier: (361) 883-0210

**ATTORNEY FOR PETITIONER**

OF COUNSEL:

HUSEMAN & PLETCHER
600 Leopard, Suite 2100
Corpus Christi, Texas 78473

1

## CERTIFICATE OF SERVICE

I certify that on this \_\_\_10\_\_\_ day of January, 2002, a true and correct copy of the foregoing document was served upon the following counsel of record by the method indicated below.

_____
PAUL G. KRATZIG

**Sent by Certified Mail,
Return Receipt Requested, to:**

Ms. Patricia K. Dyer
Assistant Attorney General
P. O. Box 12548, Capitol Station
Austin, Texas  78711