IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| CLIFTON CHOYCE | § | |
| | § | |
| v. | § | CIVIL ACTION NO. C-00-86 |
| | § | |
| JANIE COCKRELL, Director-TDCJ-ID | § | |

## NOTICE

The Court has received your notice of appeal from its final judgment to the Fifth Circuit Court of Appeals. You are advised that you must obtain a certificate of appealability from this Court before your appeal may proceed. 28 U.S.C. §2253(c)(1)(A). This Court can issue a certificate of appealability only if you make "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). You must therefore submit to this Court a statement of issues you seek to appeal and demonstrate "that the issues are debatable among jurists of reason; that a court could resolve the issues (in a different manner); or that the questions are adequate to deserve encouragement to proceed further." *Hill v. Johnson*, 210 F.3d 481, 484 (5th Cir. 2000)(quoting *Drinkard v. Johnson*, 97 F.3d 751, 755 (5th Cir. 1996)). See also *Slack v. McDaniel*, 120 S.Ct. 1595 (2000). If you intend to pursue your appeal, you should file such a statement by Wednesday, February 6, 2002.

ORDERED this 23 day of January, 2002.

H.W. HEAD, JR.
UNITED STATES DISTRICT JUDGE