**READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING**

**TRANSCRIPT ORDER**

District Court: _Southern District of TX, Corpus Christi Division_  
District Court Docket Number: _C-00-86_  
Short Case Title: _~~Corbett v.~~ Choyce v. Cockrell_  
Court Reporter: _~~BB~~ ~~Bruni~~ Genay Rogan_  
Date Notice of Appeal Filed by Clerk of District Court: _1-10-02_  
Court of Appeals #: _____ (If Available)

**PART I.** *(To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)*

A. Complete one of the following:
- ☐ No hearings
- ☐ Transcript is unnecessary for appeal purposes
- ☐ Transcript is already on file in Clerk's office
- ☒ This is to order a transcript of the following proceedings: *(check appropriate box)*
    - Voir dire ☐; Opening statement of plaintiff ☐ defendant ☐;
    - Closing argument of plaintiff ☐ defendant ☐; Opinion of court ☐;
    - Jury instructions ☐; Sentencing ☐; Bail hearing ☐;

| HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
|---|---|---|
| 10-15-01 | Hearing on Objections | ~~H~~ N.W. Head |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:
- ☐ Private funds;
- ☒ Criminal Justice Act Funds *(Attach copy of CJA Form 24 to court reporter's copy)*;
- ☐ Other IFP Funds;
- ☐ Advance Payment waived by reporter;
- ☐ U.S. Government Funds;
- ☐ Other _____

Signature: _[signed]_  
Date Transcript Ordered: _1-28-02_  
Print Name: _Paul B. Kratzig_  
Counsel for: _Clifton Choyce_  
Address: _615 N. Upper Broadway, Ste 909, Corpus Christi, TX 78477_  
Telephone: _361-888-5564_

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

**PART II.** COURT REPORTER ACKNOWLEDGEMENT *(To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instructions on reverse side of copy 4 before completing).*

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| | | | |

- ☐ Satisfactory Arrangements for payment were made on _____
- ☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received ☐ Unable to contact ordering party ☐ Other *(Specify)* _____

Date _____  Signature of Court Reporter _____  Telephone _____  
Address of Court Reporter: _____  
\* *Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.*

**PART III.** NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT *(To be completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date).*

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages     _____ Actual Number of Volumes

_____ Date                       _____ Signature of Court Reporter

DKT-13 (5/96)

Copy 1 - Court Reporter's Copy