United States Courts
Southern District of Texas  DT
FILED

FEB 1 1 2002

Michael N. Milby, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| CLIFTON RAY CHOYCE § | |
| § | |
| VS. § | CIVIL ACTION NO. C-00-86 |
| § | |
| GARY L. JOHNSON, DIRECTOR, § | |
| TDCJ-ID § | |

## NOTICE OF CHANGE OF ADDRESS

PAUL G. KRATZIG, attorney for CLIFTON RAY CHOYCE in the above styled and numbered cause, files this notice of change of address with clerk of the court. Paul G. Kratzig has relocated offices. The new address, telephone, and fax number for Paul G. Kratzig is as follows:

Paul G. Kratzig
Law Offices of Paul G. Kratzig
615 N. Upper Broadway, Suite 900
Corpus Christi, Texas 78477-8477
Telephone: 361-888-5564
Facsimile No.: 361-888-5366

Dated this 6th day of February 2002.

Respectfully submitted,

LAW OFFICES OF PAUL G. KRATZIG

_____
Paul G. Kratzig
State Bar No. 11710500
SDTX No. 7593
615 N. Upper Broadway, Suite 900
Corpus Christi, Texas 78477
Telephone: (361) 888-5564
Telecopier: (361) 888-5366

ATTORNEY FOR PETITIONER

## CERTIFICATE OF SERVICE

I certify that on this 6th day of February, 2002, a true and correct copy of the foregoing document was served upon the following counsel of record by the method indicated below.

PAUL G. KRATZIG

**Sent by Certified Mail,
Return Receipt Requested, to:**

Ms. Patricia K. Dyer
Assistant Attorney General
P. O. Box 12548, Capitol Station
Austin, Texas 78711