# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 02-40134
Summary Calendar

D.C. Docket No. C-00-CV-86

U.S. COURT OF APPEALS
**FILED**
SEP 3 0 2002
CHARLES R. FULBRUGE III
CLERK

CLIFTON RAY CHOYCE

Petitioner - Appellant

United States Courts
Southern District of Texas
FILED
**OCT 24 2002**
Michael N. Milby, Clerk of Court

v.

JANIE COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL
JUSTICE, INSTITUTIONAL DIVISION

Respondent - Appellee

Appeal from the United States District Court for the
Southern District of Texas, Corpus Christi.

Before DAVIS, WIENER, and EMILIO M. GARZA, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the
briefs on file.

It is ordered and adjudged that the judgment of the District
Court is affirmed.

ISSUED AS MANDATE: OCT 2 2 2002

OP-S-J-1

A true copy
Test

Clerk, U. S. Court of Appeals, Fifth Circuit

By _Shen Hed___
Deputy

New Orleans, Louisiana    OCT 2 2 2002